## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

WILLIAM E. STEPHENSON,

        Plaintiff,

    V.                           CASE  NO. C2-08-0656
                                        JUDGE EDMUND A. SARGUS, JR.
                                        MAGISTRATE JUDGE MARK R. ABEL

OHIO STATE UNIVERSITY, et al.,

        Defendants.

### ORDER

        The undersigned hereby RECUSES himself from this case.  The Clerk shall use a random draw to assign a new judge to this case.

        **IT IS SO ORDERED.**


_7-17-2008_
**DATE**

                                      _____
                                      **EDMUND A. SARGUS, JR.**
                                      **UNITED STATES DISTRICT JUDGE**